FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JUN 22 AM 10: 56

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| CHADWICK L. REESE, | ) 4:15-CR-203-WTM-GRS |
| Defendant. | ) |

## ORDER

A joint motion by the parties having been duly brought before this Court for an order directing the Clerk of Court to accept pre-payment of restitution and monetary penalties in this matter, and the Court having considered the same, the Court finds that the Clerk of Court shall accept and deposit into the Court's Registry pre-payment of restitution and monetary penalties in this matter.

It is, therefore, ORDERED, ADJUDGED AND DECREED that the Clerk of Court accept and deposit into the Court's Registry prepayment of restitution and monetary penalties in this matter in any amount. Upon sentencing, the Clerk will distribute and/or apply the prepaid funds in accordance with the terms of the judgment without further order of this Court; and the Government will serve a copy of this Order upon the Clerk or the Financial Administrator.

This 22nd day of June 2016.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA