IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. CR415-203-01 |
| | ) | |
| CHADWICK L. REESE | ) | |

O R D E R

Before the Court is Defendant Patrece Reese's Motion to Release Funds. (Document 138). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $5,000.00, with any accrued interest to: Patrece Reese, 9105 Alta Towne Lake Circle, Pooler, Georgia 31322.

SO ORDERED, this 8th day of September 2016.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA