IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff-Appellee, )
)
vs. ) Case No. CR415-203
)
CHADWICK L. REESE, JOEL T. MORRIS )
)
    Defendant-Appellant. )

## ORDER

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this 8th day of March, 2017.

WILLIAM T. MOORE, JR. JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

