IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. CR415-203 |
| | ) | |
| CHADWICK L. REESE and JOEL T. MORRIS, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Before the Court is the Government's Preliminary Motion for Reduction of Sentences Pursuant to Rule 35 and 18 U.S.C. § 3553(e). (Doc. 146.) In its motion, the Government asserts that, pursuant to Federal Rule of Criminal Procedure 35(b), reductions in Defendants Joel T. Morris's and Chadwick L. Reese's sentences are warranted based on their assistance in the investigation and prosecution of others. After careful consideration, the Government's motion is **GRANTED IN PART**. It is the judgment of the Court that Defendant Joel T. Morris's term of imprisonment shall be reduced from **20 months** to **time served, effective December 15, 2017**. All other terms and conditions of Defendant Morris's sentence previously imposed by the Court shall remain in full effect. The Clerk of Court is **DIRECTED** to amend, in accordance with this order, the judgment in this case with respect to Defendant

Morris. The Court **RESERVES** ruling on that portion of the Government's motion requesting a sentence reduction for Defendant Reese.

SO ORDERED this 30th day of November 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA