IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR415-203
)
CHADWICK L. REESE, )
)
Defendant. )
)

## ORDER

Before the Court are the Government's Preliminary Motion for Reduction of Sentences Pursuant to Rule 35 and 18 U.S.C. § 3553(e) (Doc. 146) and Supplemental Motion for Reduction of Sentence Pursuant to Fed. R. Crim. P. 35 (Doc. 151). In its motions, the Government asserts that, pursuant to Federal Rule of Criminal Procedure 35(b), a reduction in Defendant Chadwick L. Reese's sentence is warranted based on his assistance in the investigation and prosecution of others. After careful consideration, the Government's motions are **GRANTED**. It is the judgment of the Court that Defendant's term of imprisonment shall be reduced from **eighty-four months** to **seventy-eight months**. All other terms and conditions of Defendant's sentence imposed previously by the Court shall remain in full effect.

SO ORDERED this 12th day of July 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA